NUMBER 13-99-673-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 __________________________________________________________________ 



LARRY WILLIAMS , Appellant, 



v.

 
THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 



On appeal from the 338th District Court 

of Harris County, Texas.

___________________________________________________________________ 



O P I N I O N

 

Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam

 

Appellant, LARRY WILLIAMS , perfected an appeal from a judgment entered by the 338th District Court of Harris
County, Texas, in cause number 94-27478 . Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a). 

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and
the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 18th day of May, 2000 .